UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY YATES,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST BARRICADE & SIGNS, a Washington Limited Liability Corporation, and Northwest Flagging, a Washington Limited Liability Corporation.<br><br>    Defendants. | NO. 2:22-cv-01518-JHC<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint. Dkt. # 13. The Court has considered the materials submitted in connection with the motion, the balance of the case file, and the applicable law. Being fully advised, for the reasons argued by Plaintiff, the Court GRANTS the motion.

DATED this 25th day of July, 2023.

                _____
                John H. Chun
                United States District Judge