Honorable John H. Chun

Mary Rathbone
Moberg Rathbone Kearns, P.S.
P.O. Box 130
238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY YATES,<br>        Plaintiff,<br>v.<br>NORTHWEST BARRICADE & SIGNS, a Washington Limited Liability Corporation, and Northwest Flagging, a Washington Limited Liability Corporation.<br>        Defendants. | NO. 2:22-cv-01518-JHC<br><br>**STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE AND STRIKE DEFENDANTS' MOTION TO COMPEL**<br><br>**Noted for: August 30, 2023**<br>**Without oral argument** |

THIS MATTER, having come before the Court upon the Stipulated Motion of the parties, Plaintiff by and through her counsel of record, Mary M. Rathbone of MOBERG RATHBONE KEARNS, P.S., and defendant Northwest Barricade and Signs, and

STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE
AND STRIKE MOTION TO COMPEL
Page -- 1



P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

Northwest Flagging, by and through their counsel Matthew Macario and Jeremy F. Wood of FISHER & PHILLIPS, LLP, the court having reviewed the records and files herein and being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that the following jury trial scheduling order dates in this matter shall be continued as follows:

**Discovery Cut-Off:**            October 5, 2023

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Defendants' Motion to Compel (ECF 22) IS hereby stricken.

DATED this 30th day of August, 2023.

_____
HON. John H. Chun
United States District Judge

STIPULATED TO this 29th day of August 2023.

MOBERG RATHBONE KEARNS, P.S.

/s/ Mary M. Rathbone
Mary M. Rathbone, WSBA No. #55035
Attorney for Plaintiff

FISHER & PHILLIPS, LLP.,

/s/ Mathhew J. Macario per electronic agreement
Matthew J. Macario, WSBA No. 26522
Jeremy F. Woods, WSBA No.
Attorneys for Defendants

STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE
AND STRIKE MOTION TO COMPEL
Page -- 2

MOBERG RATHBONE KEARNS
P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and the Clerk will send notification to:

Fisher & Phillips LLP
Jeremy F. Wood, WSBA #51803
1700 7th Ave, Suite 2200
Seattle, WA. 98101
P: 206-682-2308
jwood@fisherphillips.com
smichael@fisherphillips.com
mmacario@fisherphillips.com

DATED this 29th day of August 2023, at Ephrata, WA.

                MOBERG RATHBONE KEARNS, P.S.

                */s/ Mallory Avila*
                MALLORY AVILA, PARALEGAL

STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE
AND STRIKE MOTION TO COMPEL
Page -- 3

P.O. Box 130 | 238 W. Division Ave.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202