THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMILY YATES,<br><br>                Plaintiff,<br><br>   vs.<br><br>NORTHWEST BARRICADE & SIGNS, a Washington Limited Liability Corporation, and NORTHWEST FLAGGING, a Washington Limited Liability Corporation.<br><br>                Defendants. | NO. 2:22-cv-01518-KKE<br><br>**STIPULATED MOTION AND ORDER TO MODIFY CIVIL TRIAL SCHEDULING ORDER** |

## **STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 7(j), the parties hereby jointly request that the Court modify certain deadlines and the trial date as currently scheduled in the Civil Trial Scheduling Order (Dkt. #27).

On October 25, 2022, Plaintiff Emily Yates filed her original complaint in this action against defendants Northwest Barricade & Signs and Northwest Flagging (collectively "Defendants") (Dkt. #1). On December 5, 2022, Plaintiff filed her first amended complaint (Dkt. #5). On July 27, 2023, Plaintiff filed her second amended complaint (Dkt. #20).

STIPULATED MOTION AND PROPOSED
ORDER TO MODIFY CIVIL TRIAL
SCHEDULING ORDER - Page 1
(2:22-cv-01518-KKE)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

**Error! Unknown document property name.**

1  This case was previously assigned to the Honorable John H. Chun. On September 7, 2023, the case was reassigned to this Court. The parties are currently operating under the deadlines imposed by the Minute Order Setting Trial Date and Related Dates entered by Judge Chun on January 4, 2023 (Dkt. #11). That order sets a trial date of January 2, 2024. By stipulated order dated October 5, 2023, the current discovery cutoff was extended from September 5, 2023 to October 5, 2023 (Dkt. #25).

After entry of the Court's Civil Trial Scheduling Order, the parties have worked diligently to engage in discovery. Initial disclosures and written discovery have been exchanged, and a number of depositions have been taken. However, recent depositions have revealed the need for additional discovery, which will not be possible to complete before the existing discovery cutoff. Further, the parties would like additional time to see if the case can be resolved prior to trial, including via mediation or other settlement discussions. The parties have conferred and believe that good cause exists to continue the trial date and remaining case scheduling deadlines, including the discovery cutoff date, to complete this additional discovery and pursue potential resolution of the matter. Therefore, the parties jointly propose a continuance of the trial date to July 2024 (trial counsel for all parties are available this month), as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | July 6, 2023 | January 5, 2024 |
| Discovery motions filing deadline (LCR 7(d)) | August 7, 2023 | February 9, 2024 |
| Discovery cutoff, including expert depositions | October 5, 2023 | March 8, 2024 |
| Settlement conference or Rule 39.1 Mediation | November 3, 2023 | May 3, 2024 |
| Motions in Limine | November 21, 2023 | May 16, 2024 |
| Agreed Pretrial Order | December 12, 2023 | June 14, 2024 |
| Deposition Designations submitted to Court (not filed on CM/ECF) | December 14, 2023 | June 17, 2024 |

STIPULATED MOTION AND PROPOSED
ORDER TO MODIFY CIVIL TRIAL
SCHEDULING ORDER - Page 2
(2:22-cv-01518-KKE)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

Error! Unknown document property name.

| Pretrial Conference | December 19, 2023 | June 21, 2024 |
| Trial Briefs | December 26, 2023 | June 28, 2024 |
| Trial | January 2, 2024 | July __, 2024 |

The parties respectfully request that the Court enter an order approving these dates and resetting the other pretrial deadlines accordingly, or alternatively, to approve such other dates as fit the Court's schedule.

RESPECTFULLY SUBMITTED this 26TH day of September, 2023.

| FISHER & PHILLIPS LLP | MOBERG RATHBONE KEARNS, P.S. |
|---|---|
| By: _____<br>Suzanne Kelly Michael, WSBA #14072<br>Matthew J. Macario, WSBA #26522<br>1700 – 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Email: smichael@fisherphillips.com<br>Email: mmacario@fisherphillips.com<br>*Attorneys for Defendants* | By: *Mary Moberg Rathbone*<br>Mary Moberg Rathbone, WSBA #55035<br>238 W. Division Avenue<br>PO Box 130<br>Ephrata, WA  98823-0130<br>Phone: (509) 754-2356<br>Email: mrathbone@mrklawgroup.com<br>*Attorney for Plaintiff* |

STIPULATED MOTION AND PROPOSED ORDER TO MODIFY CIVIL TRIAL SCHEDULING ORDER - Page 3
(2:22-cv-01518-KKE)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

**Error! Unknown document property name.**

## ORDER

The Court GRANTS IN PART and DENIES IN PART the parties' stipulated motion to modify the scheduling order (Dkt. No. 27), in that the Court's preferred case schedule is similar but not identical to the dates proposed by the parties. The courtroom deputy shall issue an amended case schedule in accordance with the Court's preferences and calendar.

DATED this 27th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND PROPOSED
ORDER TO MODIFY CIVIL TRIAL
SCHEDULING ORDER - Page 4
(2:22-cv-01518-KKE)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

**Error! Unknown document property name.**

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing Stipulated Motion and Proposed Order to Modify Case Schedule with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

> Mary Moberg Rathbone, WSBA #55035
> 238 W. Division Avenue
> PO Box 130
> Ephrata, WA  98823-0130
> Phone: (509) 754-2356
> Email: mrathbone@mrklawgroup.com
> *Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26TH, 2023, in accordance with 28 USC 1746.

*/s/ Tammy Weisser*
Tammy Weisser, Legal Secretary

STIPULATED MOTION AND PROPOSED ORDER TO MODIFY CIVIL TRIAL SCHEDULING ORDER - Page 5
(2:22-cv-01518-KKE)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

**Error! Unknown document property name.**