UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY YATES,<br><br>            Plaintiff,<br><br>   v.<br><br>NORTHWEST BARRICADE & SIGNS, et al.,<br><br>            Defendants. | CASE NO. C22-1518-KKE<br><br>ORDER |

      This matter comes before the Court on Plaintiff's telephonic motion during a deposition of Keone Padilla conducted via Zoom on September 28, 2023. Plaintiff's counsel informed the Court that Mr. Padilla is refusing to answer questions on relevancy grounds at the outset of the deposition, and Plaintiff requests that the Court instruct Mr. Padilla to cooperate with the deposition. The Court understands that Mr. Padilla is not represented at the deposition and the Court lacks information pertaining to the specific nature of the questioning.

      While the Court declines to intervene prospectively at this juncture, the Court directs the parties and Mr. Padilla to review the Federal Rules of Civil Procedure governing depositions. To the extent Mr. Padilla's conduct violates the Federal Rules, the Court will entertain a written

ORDER - 1

motion for appropriate sanctions.

Dated this 28th day of September, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 2