UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY YATES, | CASE NO. C22-1518-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| NORTHWEST BARRICADE & SIGNS, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The Court VACATES its prior order (Dkt. No. 31) because the request for telephonic hearing was not brought in compliance with Local Civil Rule 7(i).

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 29th day of September 2023.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1