UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY YATES,<br><br>            Plaintiff(s),<br><br>  v.<br><br>NORTHWEST BARRICADE & SIGNS, et al.,<br><br>            Defendant(s). | CASE NO. C22-1518-KKE<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's motion for extension of time. Dkt. No. 64. On March 29, 2024, the Court entered an order striking Plaintiff's discovery-related motion and directing the parties to file a joint statement describing the discovery dispute no later than April 8, 2024. *See* Dkt. No. 56.

At 11:54 p.m. on April 8, Plaintiff filed the motion for extension of time, stating that counsel had been out of town since the afternoon of March 29 through that day, and had been unable to draft a statement and confer with opposing counsel. *See* Dkt. No. 64 at 2. Plaintiff requested an extension of the deadline to file the joint statement to April 10, 2024, "unless otherwise requested by Defendants." *Id*. at 3. Plaintiff's motion is noted for April 26, 2024.

Defense counsel emailed the courtroom deputy on April 9, 2024, to explain that Defendants were not notified of Plaintiff's counsel's absence until after she returned, and that they object to the shortened time in which to confer with Plaintiff's counsel as to the joint statement.

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

The Court expects counsel to communicate with each other regarding scheduling matters, particularly in response to court orders.  The Court's alternative process for resolving discovery disputes is intended to provide for expedited resolution of disputes without motions practice, but that goal cannot be achieved if the parties do not communicate with each other.

The Court will, however, extend the deadline for filing a joint statement and therefore GRANTS Plaintiff's motion.  Dkt. No. 64.  The parties shall file a joint statement, no longer than three pages in length, no later than April 12, 2024, describing the discovery issues in dispute.  *See* Dkt. No. 33 at 2.  The courtroom deputy is directed to contact counsel to schedule a conference to address the dispute.

Dated this 9th day of April, 2024.

Kymberly K. Evanson
United States District Judge