1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

EMILY YATES,

CASE NO. C22-1518-KKE

9

Plaintiff(s),

ORDER GRANTING LEAVE TO
CONDUCT LIMITED DISCOVERY, RE-
NOTING PENDING MOTIONS, AND
VACATING TRIAL DATE

v.

10

NORTHWEST BARRICADE & SIGNS, et
al.,

11

12

Defendant(s).

13    This matter comes before the Court on the parties' joint statement regarding a discovery

14   dispute. Dkt. No. 70. The Court held a hearing on April 15, 2024 (Dkt. No. 71) to discuss the

15   discovery dispute and the impact of the dispute on the other pending motions and the case schedule.

16   As explained at that hearing:

17       1) The parties have agreed to meet and confer regarding the discovery dispute. The Court

18          will grant leave to reopen discovery for the limited purpose of identifying and

19          producing any relevant text messages and/or notes. *See* Dkt. No. 70. The parties shall

20          file a joint status report no later than May 6, 2024, describing any production and any

21          remaining disputes. The parties' joint status report shall also address any impact from

22          any recent discovery on the issues addressed in the pending motions (Dkt. Nos. 36, 42).

23       2) The pending motions (Dkt. Nos. 36, 37, 42) are RE-NOTED for May 6, 2024.

24

ORDER GRANTING LEAVE TO CONDUCT LIMITED DISCOVERY, RE-NOTING PENDING MOTIONS,
AND VACATING TRIAL DATE - 1

3)  The current trial date of July 22, 2024 (Dkt. No. 30) is VACATED and subject to rescheduling to a mutually agreeable date.  The parties are directed to email the courtroom deputy at Diyana_staples@wawd.uscourts.gov as to their availability as soon as possible, but no later than May 6, 2024.

Dated this 15th day of April, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING LEAVE TO CONDUCT LIMITED DISCOVERY, RE-NOTING PENDING MOTIONS, AND VACATING TRIAL DATE - 2