1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMILY YATES,

                   Plaintiff(s),

     v.

NORTHWEST BARRICADE AND SIGNS,
et al.,

                  Defendant(s).

CASE NO. C22-1518-KKE

ORDER ON MISCELLANEOUS MOTIONS

The Court discussed the motions pending in this case at a conference on June 28, 2024. Dkt. No. 80.  This order memorializes the Court's oral rulings explained on the record.

The Court DENIES Plaintiff's motion for partial summary judgment (Dkt. No. 36), and denies all requests for fees or sanctions associated with that motion.

The Court GRANTS Defendants' motion to exclude (Dkt. No. 37), but declines to award fees associated with this motion.  Any future violations of court orders will result in an award of sanctions.

The Court DENIES Defendants' motion for summary judgment (Dkt. No. 42) without prejudice under Federal Rule of Civil Procedure 56(e)(1), subject to re-filing a properly supported motion.  Defendants may file a renewed motion for summary judgment no later than July 29, 2024.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

The Court will defer setting a trial date in this matter until the forthcoming motion for summary judgment is resolved.  *See* Dkt. No. 77.

Dated this 28th day of June, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON MISCELLANEOUS MOTIONS - 2