UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY YATES,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>NORTHWEST BARRICADE AND SIGNS, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C22-1518-KKE<br><br>ORDER RE-NOTING SUMMARY JUDGMENT MOTION |

Plaintiff filed a surreply noting that (1) Defendants' reply brief in support of their motion for summary judgment was overlength by 300 words, and Plaintiff requested that the last three pages of the reply brief should be stricken as a result; and (2) that Defendants filed a new declaration accompanied by new evidence (Dkt. No. 90) along with the reply brief, and Plaintiff requested an opportunity to respond.  Dkt. No. 92.  Thereafter, Defendants filed a motion for retroactive leave to file an overlength reply brief.  Dkt. No. 93.

The Court GRANTS Defendants' motion (Dkt. No. 93) and also grants Plaintiff's request for an opportunity to respond to the new evidence.  In an attempt to equalize the briefing opportunities for the parties, Plaintiff may file a supplemental opposition brief not to exceed 2400 words to address the new evidence (Dkt. No. 90), no later than September 9, 2024.  Defendants may file a supplemental reply brief not to exceed 2100 words to address Plaintiff's supplemental opposition, no later than September 13, 2024.

ORDER RE-NOTING SUMMARY JUDGMENT MOTION - 1

The clerk is directed to RE-NOTE Defendants' motion for summary judgment (Dkt. No. 84) for September 13, 2024.

Dated this 27th day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge